ROSE E. ORLOWSKI, as Executrix of FRANK E. ORLOWSKI, Deceased, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

Submitted October 17, 1949; decided October 20, 1949.

*William B. H. Sawyer* for motion.

*Dinah R. Rosenblatt* for appellant.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days from the date of this order appellant justifies the surety for her undertaking (Civ. Prac. Act, § 151) and pays $10 costs and unless within twenty days from the date of this order appellant files the required record on appeal, in which events the motion is denied.